UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Life Time Fitness, Inc. | Case No. 12-CV-420 (DSD/SER) |
| Plaintiff, | |
| v. | **MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY** |
| Daniel DeCelles, | |
| Defendant. | |

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiff, Life Time Fitness, Inc. ("LTF"), by and through its undersigned counsel, hereby moves the Court for a Temporary Restraining Order as follows:

A. Temporarily and permanently enjoining Defendant Daniel DeCelles from directly or indirectly, whether alone, through an LLC or other corporate entity, or in concert with others, including any officer, agent, employee, and/or representative of Pro Fitness:

1. Being employed by, contracting with, or being connected in any manner with, any business competitive with LTF within a five (5) mile radius of any place of business owned or affiliated with LTF that offers or intends to offer personal training for a period of nine (9) months commencing on November 12, 2011, and ending on August 12, 2012;

2. Calling upon any of LTF's members, customers, or clients for the purpose of soliciting or selling to any such persons any products or services similar to those of LTF for a period of twelve (12) months

commencing on November 12, 2011, and ending on November 12, 2012;

    3. Providing services to, diverting or taking away any of LTF's clients for a period of twelve (12) months commencing on November 12, 2011, and ending on November 12, 2012;

    4. Soliciting any of LTF's employees for a period of twelve (12) months commencing on November 12, 2011, and ending on November 12, 2012;

    5. Communicating, disclosing, divulging or furnishing any of LTF's confidential and proprietary information or trade secrets to any person, firm, corporation, association, or other entity for any reason or purpose whatsoever;

    6. Using any of LTF's confidential and proprietary information or trade secrets for his own business, gain, or benefit; or

    7. Interfering with LTF's current prospective business relations.

B. Plaintiff LTF also asks that the Court issue a Temporary Restraining Order and Preliminary Injunction requiring DeCelles to:

    1. Immediately cease employment with Pro Fitness;

    2. Return all of LTF's confidential, proprietary, and trade secret information in his possession and control, including, but not limited to, all member files and contracts; and

    3. Preserve all documents and data of any nature whatsoever, including but not limited to electronic documents, electronic mail, and corporate documents of or relating to LTF or Pro Fitness, and prohibiting DeCelles from destroying any documents or data of any nature whatsoever during the pendency of this action.

Plaintiff also requests expedited discovery.

Respectively submitted,

Dated: February 17, 2012.                JACKSON LEWIS LLP


*s/V. John Ella*
V. John Ella #249282
Sarah M. Fleegel #34557X
225 South Sixth Street, Suite 3850
Minneapolis, MN 55402
(612) 341-8131


ATTORNEYS FOR PLAINTIFF LIFE TIME FITNESS, INC.

4841-6750-6190, v. 1